UNITED STATES *versus* ONE YOKE LARGE WORKING OXEN, ONE COW AND CALF, FOUR OTHER COWS, ONE WHITE HORSE, ONE BLACK MARE, ONE AXE, ONE WATER BUCKET, AND ONE BOAT, CLAIMED BY HENRY P. POWERS.

JOURNAL ENTRIES: (1) May 10, 1831: libel filed, time fixed for trial, notice ordered published; (2) June 6, 1831: publication proved, proclamation made, motion for judgment; (3) Dec. 6, 1831: petition for release of property presented, testimony heard, attendance of witnesses proved; (4) May 17, 1833: motion for leave to file claim argued and submitted; (5) May 18, 1833: claimant admitted to prosecute claim, bond filed and approved; (6) June 28, 1833: demurrer to claimant's plea filed, rule to join; (7) Jan. 16, 1834: demurrer argued; (8) Jan. 17, 1834: demurrer argued, submitted; (9) March 21, 1834: demurrer overruled, leave given to withdraw demurrer and to reply; (10) June 5, 1834: motion for continuance granted, rule for commission to take depositions; (11) June 6, 1834: attendance of witnesses proved; (12) Jan. 6, 1835: continued.

PAPERS IN FILE (1831–34): (1) Libel; (2) published notice, proof of publication, proof of posting; (3–4) subpoenas; (5) record of testimony taken before clerk on petition for release of property; (6) affidavits of Ora Sprague, Daniel Botsford, Charles Berczy, William Williams, Gabriel Mullett, Dominick O'Donnell, and Jean Bte. Delisle—exhibit B referred to in paper 5; (7) testimony of Joseph Hammond, Louis Northrop, Jean B. Vallée, and Andrew Mack—exhibit D referred to in paper 5; (8) letter—Treasury Department to clerk; (9) Treasury decision; (10) letter—Treasury Department to clerk; (11) claim; (12) claimant's bond; (13) claimant's plea; (14) demurrer, joinder; (15) replication; (16–17) subpoenas; (18) affidavit for continuance; (19) draft of journal entry.

*File No. 58.*